**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 71 MAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRYAN RICHARD LOVE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal, the Motion to Compel Audio and Transcripts, and the Petition to Remove Detainer or to Set Bail on Detainer are **DENIED**.